UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>LONDON BREED, et al.,<br><br>    Defendants. | Case No. 20-cv-02010-WHO<br><br>**ORDER DISMISSING COMPLAINT** |

  Plaintiff Jimmy Lee Davis is proceeding *in forma pauperis* under 28 U.S.C. § 1915 and, therefore, I review his operative complaint to ensure he alleges non-frivolous claims that can be pursued in this court. *See* 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). If a complaint is frivolous or fails to state a claim, I must dismiss this case. 28 U.S.C. § 1915(e)(2).

  Magistrate Judge Kim reviewed Davis' initial complaint and concluded that it failed to allege a cognizable claim against the United States. Dkt. No. 5. She dismissed the complaint, but gave Davis leave to amend to attempt to state a claim against an appropriate defendant in an amended complaint. *Id*.

  Davis filed an amended complaint on May 14, 2020. Dkt. No. 8. In the amended complaint, Davis names as defendants San Francisco Mayor London Breed and the City of San Francisco. The allegations against these defendants, however, are similar to the allegations in his initial complaint. As best I can tell, Davis realleges that: (1) Mayor Breed unlawfully confiscated his retroactive Social Security benefits from 2004 through 2012; (2) Mayor Breed hired assassins and/or ordered the police to kill Davis in order to coverup her taking his property; (3) he objects to a magistrate judge hearing his claims because magistrate judges have called his past claims "delusional" and attempted to sweep them under the rug; (4) Mayor Breed confiscated Davis' identification and prevented the State Department of Motor Vehicles from using a duplicate, in

order to prevent him from securing housing and in order to kill him; (5) Mayor Breed circulated malicious propaganda about him (that he was an FBI undercover agent who intended to "set black folks up") to prevent him securing housing; (6) plaintiff was arrested and held at San Francisco General without cause; (7) Mayor Breed and others attempted to kill Davis while he was at San Francisco General by firing high powered weapons at him; and (8) all of this was done to hide the fact that Mayor Breed had stolen his Social Security benefits.

Plaintiff is a frequent filer in this Court, having filed at least 30 cases as of 2019.  *See* Case No. 19-3419, Dkt. No. 6.  As noted by Judge Spero, all of his cases have either been dismissed for failure to prosecute or dismissed for failure to state a claim.  *Id*.  The allegations asserted in his amended complaint – namely the attempts to kill him, the attempt to cover up the stealing of his Social Security benefits, and his confinement at San Francisco General –have already been considered and dismissed in other cases for failure to prosecute or as frivolous.  *See id*. 1-2.

Viewing the allegations Davis makes in his amended complaint, I too am unable to discern any cognizable claim.  The allegations are far-fetched, and the named defendants are linked to the factual allegations only through conclusory allegations of conspiracy that are not plausible.  This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a cognizable claim.

**IT IS SO ORDERED.**

Dated: July 22, 2020



William H. Orrick
United States District Judge